# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Rosnil Ortiz, a/k/a "Rico" | ) Case No. 16CR10164-WGY (MPK) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

**SEALED**

FILED IN CLERK'S OFFICE
2016 JUN 13 AM 9 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIVED
U.S. MARSHALS SERVICE,
BOSTON, MA
2016 JUN 9 AM 6 59

10096303

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Rosnil Ortiz, a/k/a "Rico"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 – Conspiracy to Distribute Cocaine Base

Date: 06/08/2016

*Issuing officer's signature*

City and state: Boston, Massachusetts

Kellyann Moore, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 6/9/2016

*Arresting officer's signature*

*Printed name and title*