## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **16-cr-10164-WGY** |
| v. | ) | |
| | ) | |
| ROSNIL ORTIZ, | ) | |
| JUAN PENA, | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES WITNESS LIST

Pursuant to LR 117.1(A)(8)(a), the United States respectfully submits that it may call the following witnesses at trial in its case-in-chief:

1.  Special Agent John Mercer, Jr., Bureau of Alcohol Tobacco Firearms and Explosives;

2.  Special Agent Elliot Rizzo, Bureau of Alcohol Tobacco Firearms and Explosives;

3.  Det. Sgt. Paul Gallagher, Canton Police Department;

4.  Det. Michael Powell, Malden Police Department;

5.  Det. Steve Fitzpatrick, Malden Police Department; and

6.  Special Agent Kenneth LaBrie, Homeland Security Investigations.

1

The government reserves its right to supplement or modify the above witness list with reasonable notice to the defendants.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:      */s/ Michael Crowley*
Michael Crowley
Assistant U.S. Attorney
One Courthouse Way
Boston, MA

Date: February 6, 2018

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

*/s/ Michael Crowley*
Michael Crowley

February 6, 2018

2