**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| v. ) | | **CRIMINAL ACTION** |
| ) | | **NO.: 16-10164-WGY-1** |
| **ROSNIL ORTIZ** ) | | |
| ) | | |

**MOTION FOR APPOINTMENT OF APPELLATE COUNSEL**

Now comes the Defendant, Rosnil Ortiz, and respectfully requests this Honorable Court appoint him appellate counsel. As grounds, trial counsel was hired for the limited purpose of handling the case through trial and has satisfied all obligations under his fee agreement with the Defendant. The Defendant is now sentenced and in custody in connection with this case.

Further, the Defendant states:

1. The Defendant is now indigent and without funds to hire an attorney for appeal.

2. A Guilty Finding following his Trial was entered.

3. Trial Counsel requested to withdraw under separate motion.

4. In December 2019, the Defendant was sentenced.

5. A Notice of Appeal has been filed for the Defendant.

6. Justice dictates that such counsel be appointed to handle the appeal and the case should be referred to CJA.

WHEREFORE, the Defendant respectfully requests that this motion be ALLOWED and that this matter be referred to CJA and counsel be appointed.

Respectfully submitted,
ROSNIL ORTIZ,

*/s/  C.L. MALCOLM*

_____
Christopher L. Malcolm
83 Atlantic Ave
Boston, MA 02110
clmalcolm@gmail.com
(617) 645-0089
BBO No.: 684440

Date:   1/12/2020

### Certificate of Service

I, Christopher L. Malcolm, hereby certify that a copy of the above motion to appointment of counsel was sent to the Federal Government, AUSA M. Crowley, at One Courthouse Way, Boston, MA 02210 by electronic filing and email notice on this date.

*/s/  C.L. MALCOLM*

_____
Christopher L. Malcolm

Date: ___1/12___, 2020